In the Matter of LISA HARBATKIN, Appellant, v NEW YORK CITY DEPARTMENT OF RECORDS AND INFORMATION SERVICES et al., Respondents.

Submitted August 8, 2011; decided September 20, 2011

Motion by Advance Publications, Inc., et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed.

ADRIAN MCCAIN, Appellant, v STATE OF NEW YORK, Respondent.

Decided September 20, 2011

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the orders appealed from do not finally determine the action within the meaning of the Constitution.

In the Matter of DANNY MONTES, Appellant, v NORMAN BEZIO, as Director of Special Housing and Inmate Disciplinary Programs, Respondent.

Submitted August 1, 2011; decided September 20, 2011

Motion to vacate this Court's June 15, 2011 dismissal order granted [see 17 NY3d 790 (2011)].